DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTONIO BARRAGAN-AVALOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00296 AWI-1 |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| ANTONIO BARRAGAN-AVALOS, | |
| Defendant. | Date:  December 19, 2011<br>Time:  9:00 a.m.<br>Dept :  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for December 5, 2011, **may be continued to December 19, 2011, at 9:00 a.m.**

The parties request this continuance so that they may gather and review the documents necessary to accurately determine Mr. Barragan-Avalos's criminal history.  The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: November 30, 2011 | By: /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: November 30, 2011 | By: /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Antonio Barragan-Avalos |

**O R D E R**

Pursuant to the parties' stipulation, time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   November 30, 2011

CHIEF UNITED STATES DISTRICT JUDGE